IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALICE L. HELD,<br><br>Defendant. | PO-23-5091-GF-JTJ<br><br>VIOLATIONS:<br>E1728424<br>E9711869<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $70 fine and $30 processing fee for violation E1728424 (for a total of $100), and for good cause shown, **IT IS ORDERED** that the $100 fine paid by the defendant is accepted as a full adjudication of violation E1728424.  **IT IS ALSO ORDERED** that violation E9711869 is **DISMISSED** and the Warrant for Arrest issued in 2020 is **QUASHED. IT IS FURTHER ORDERED** that the initial appearance scheduled for September 29, 2023, is **VACATED.**

DATED this 27th day of September, 2023.

_____
John Johnston
United States Magistrate Judge